UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                        Criminal No. 09-cr-126-02-JL

<u>Jessie Vincent</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 17) filed by defendant is granted.  Continuance limited to 60 days.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                  _____
                                                  Joseph N. Laplante
                                                  United States District Judge

Date:  August 18, 2009

cc:  Tony F. Soltani, Esq.
     Jon Saxe, AFD
     Robert J. Veiga, AUSA
     U.S. Marshal
     U.S. Probation